UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 21-20040-Civ-COOKE/O'SULLIVAN

MARIA T. CANDELARIO
and all others similarly situated under 29
U.S.C. 216(b),

    Plaintiff,

vs.

LA LIBERTAD MARKET CAFETERIA INC.,
WILLIAM LAMAS, and
RAMON LAMAS, JR.,

    Defendants.

_____/

**ORDER OF DISMISSAL**

    THIS CASE has been **DISMISSED** *with prejudice* pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). *See* Notice of Dismissal (ECF No. 8). The Clerk shall **CLOSE** this case. All pending motions, if any, are **DENIED** *as moot*.

    **DONE and ORDERED** in chambers, Miami, Florida, this 1st day of February 2021.

*[signature: Marcia G. Cooke]*
MARCIA G. COOKE
United States District Judge

Copies furnished to:
*John J. O'Sullivan, Chief U.S. Magistrate Judge*
*Counsel of record*